F-1060037

Judgment / sentence date  9/11/15

Motion for new trial filed  No ☐  Yes ☒  Date September 28, 2015

Deputy District Clerk

THE STATE OF TEXAS

VS.

Michael Pollard

CAUSE NO. F

JUDICIAL    DISTRICT COURT 292ND

DALLAS COUNTY, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/1/2015 10:33:50 AM
LISA MATZ
Clerk

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
## APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

Defendant  Michael Allard

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

Jeff Bulwark  Address: 305 Spring Creek Village Suite 538 Dallas, TX 75248

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the Adjudication hearing trial of this cause which began on   8/21/15   8/27/15 & 9/2/15 & 9/11/15 and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

Judge

Cause No. _F10—60037-V_

| THE STATE OF TEXAS | § | IN THE _292d_ |
|---|---|---|
| VS. _Michael Pollard_ | § | DISTRICT COURT _____ |
| | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____          _9-11-2015_____
Judge                                      Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_Michael Pollard_                          _____
Defendant (if not represented by counsel)  Defendant's Counsel
Mailing Address:                           State Bar No.: _1709770v_
                                           Mailing Address:
Telephone #:                               Telephone #:
Fax # (if any):                            Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



CASE NO. F-1060037-V
INCIDENT NO./TRN: 9175420783

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 292nd JUDICIAL DISTRICT |
| V. | § § | COURT |
| MICHAEL POLLARD | § § | DALLAS COUNTY, TEXAS |
| STATE ID NO.: TX07219019 | § § | |

# JUDGMENT ADJUDICATING GUILT

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **Brandon Birmingham** | Date Judgment Entered: | **9/11/2015** |
| Attorney for State: | **Lauren Gaston** | Attorney for Defendant: | **John Robinson** |

| | |
|---|---|
| Date of Original Community Supervision Order:<br>**3/30/2011** | Statute for Offense:<br>**22.021 Penal Code** |

Offense for which Defendant Convicted:
**AGGRAVATED SEXUAL ASSAULT A-V CHILD/14**

Date of Offense:
**3/21/2008**

| Degree:<br>**1ST DEGREE FELONY** | Plea to Motion to Adjudicate:<br>**TRUE** | Findings on Deadly Weapon:<br>**N/A** |
|---|---|---|

Terms of Plea Bargain:
**35 YEARS PENITENTIARY**

| | | |
|---|---|---|
| Date Sentence Imposed: | **9/11/2015** | Date Sentence to Commence: **9/11/2015** |

| Punishment and Place of Confinement: | **35 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **N/A** | $ **486.00** | $ **N/A** | (see below) | ☐ AGENCY/AGENT<br>☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

**Sex Offender Registration Requirements apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **11 years.**

| | |
|---|---|
| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.<br>From **8/30/2010** to **3/30/2011**    From **3/16/2012** to **9/11/2015**    From    to |
| Time Credited: | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.<br>**N/A DAYS    NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



After hearing and considering the evidence presented by both sides, the Court FINDS THE FOLLOWING: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court DEFERRED further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of **7 YEARS**; (4) The Court assessed a fine of $ **3000.00**; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's **AMENDED** Motion to Adjudicate Guilt as follows:
See attached Motion to Adjudicate Guilt.

Accordingly, the Court GRANTS the State's Motion to Adjudicate the Defendant's Guilt in the above cause. FINDING the Defendant committed the offense on the date as noted above, the Court ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence **EXECUTED**.

☐ The Court ORDERS Defendant's sentence of confinement **SUSPENDED**. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

The Court ORDERS Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS). The Court further ORDERS Defendant to annually renew the license or certificate. The DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. The Court ORDERS the clerk of the Court to send a copy of this order to the DPS and to Defendant. TEX. CODE CRIM. PROC. art. 42.016

X _____
Brandon Birmingham
JUDGE PRESIDING

Clerk: Sminter

*Certificate of Thumbprint attached.

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

THE STATE OF TEXAS

CAUSE NO. F *10 60037 V*

VS.

DISTRICT COURT *292*

*Pollard Michael*

DALLAS COUNTY, TEXAS

**RIGHT THUMB**

DEFENDANT'S *RT* HAND

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS *14* DAY OF *September*, 20 *15*.

_____
**BAILIFF/DEPUTY SHERIFF**

*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ LEFT THUMBPRINT          _____ LEFT/RIGHT INDEX FINGER

_____ OTHER, _____

SIGNED AND ENTERED ON THIS *14* DAY OF *September*, 20 *15*.

_____
**PRESIDING JUDGE**

THE STATE OF TEXAS

FILED

CAUSE NO. F__l 060037__-V

VS.

2015 SEP 28 AM 11:50

FELICIA PITRE
DISTRICT CLERK
DALLAS CO.. TEXAS

Sandra Miller DEPUTY

292ND JUDICIAL DISTRICT COURT

Michael Pollard

DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant in the above cause by and through his attorney, and moves the Court to grant him a new trial herein for the good and sufficient reason that the verdict is contrary to the law and evidence.

Wherefore, the Defendant prays that the Court grant a new trial herein.

Respectfully submitted,

_____
Attorney for Defendant

## ORDER

Defendant's motion for new trial is hereby:

☐ (GRANTED)          ☑ (DENIED)

SIGNED this 28 of September , 20 15 .

_____
JUDGE